USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
THEODORE BRANDON EDWARDS,

                Plaintiff,

  -against-

ORANGE COUNTY; DR. FELDMAN, K. GEORGY,
RN; ORANGE REGIONAL MEDICAL CENTER,

                Defendants.
-----------------------------------------------------------------------X

**ORDER**

Case No.: 7:17-CV-10116 (NSR)

**WHEREAS**, Edward F. Kealy, Esq., formerly of Catania, Mahon & Rider, PLLC, seeks to withdraw as counsel for Defendants Orange Regional Medical Center (hereinafter "Defendants"), in the above-captioned action, pursuant to Local Rule 1.4 of the Local Rules of U.S. District Court for the Southern District of New York; and

**WHEREAS**, Catania, Mahon & Rider, PLLC, Seamus P. Weir, Esq., and David E. Decker, Esq., will continue to represent Defendants in the above-referenced action; and

**WHEREAS**, Edward F. Kealy, Esq., is not asserting a retaining or charging lien in connection with his representation of the Defendants in the above-referenced action; and

**WHEREAS**, this Court has found that Edward F. Kealy, Esq., has submitted satisfactory reasoning for withdrawal; and

**WHEREAS**, the Court, upon the papers presented in connection with this request, has determined that the withdrawal of Edward F. Kealy, Esq., as counsel for Defendants will have no adverse effect on the representation of Defendants, or the proceedings herein; and

**NOW**, upon the Declaration of Edward F. Kealy, Esq., and upon all papers and proceedings had herein, it is hereby

**ORDERED**, that Edward F. Kealy, Esq., shall be permitted to withdraw as counsel for Defendants in the above-referenced matter; and it is further

**ORDERED**, that Catania, Mahon & Rider, PLLC, shall continue to represent Defendants in the above-referenced action.

The Clerk of the Court is kindly directed to mail a copy of this Order to *pro se* Plaintiff and show service on the docket.

Dated: June 3, 2021  
      White Plains, New York  

                                          HON. NELSON STEPHEN ROMAN  
                                          U.S.D.C. JUDGE  
                                          SOUTHERN DISTRICT OF NEW YORK