**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

THEODORE BRANDON EDWARDS,

                Plaintiff,

-against-

DR. FELDMAN, et al.,

                Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/28/2021

17 **CIVIL** 10116 (NSR)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion & Order dated July 27, 2021, Defendants' motions to dismiss are

GRANTED and Plaintiff's claims against Defendants are DISMISSED; accordingly, the case is

closed.

**Dated:** New York, New York

      July 28, 2021

                               **RUBY J. KRAJICK**

                               **Clerk of Court**

**BY:**

                               **Deputy Clerk**